GUS MEYERS, Appellant, *v.* CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent.

*Appeal — failure to file and serve case and undertaking — appeal dismissed.*

Meyers v. Cleveland, C., C. & St. Louis R. R. Co., 183 App. Div. 453, appeal dismissed.

(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 30, 1918, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the grounds of failure to file and serve the case and required undertaking on appeal.

*M. N. Turner* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

BANK OF ITALY, Respondent, *v.* MERCHANTS NATIONAL BANK, Appellant.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 106.)